United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40006-KKS |
| Anneli Mariah Nystrand | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2021 | Form ID: ntpoclm | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anneli Mariah Nystrand, 2490 Laurelwood Court, Tallahassee, FL 32308-4286 |
| cr | + | WELLS FARGO BANK, N.A., eXL Legal, PLLC, 12425 28th St Suite 200, Saint Petersburg, Fl 33716-1826 |
| 2383923 | + | ADS/COMENITY Bealls FL, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 2383927 | | Comenity Bank/MyPoints RWD, PO Box 182273, Columbus, OH 43218-2273 |
| 2386484 | | Doris Maloy, Leon County Tax Collector, Post Office Box 1835, Tallahassee, FL 32302-1835 |
| 2383933 | + | Elizabeth A. Teegen, The Law Office of Elizabeth Teegen, 545 E. Tennessee Street Suite 100A, Tallahassee, FL 32308-4992 |
| 2383935 | + | First National Bank Omaha, 1620 Dodge Street, Omaha, NE 68197-0002 |
| 2383934 | | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 2383936 | + | Florida Bank, as successor in interest, One Tampa City Center, 201 N. Franklin Street, Suite 100, Tampa, FL 33602-5159 |
| 2383939 | + | Jerry L. Rumph, Jr., Grant & Rumph, P.A., 2121-C Killarney Way, Tallahassee, FL 32309-3400 |
| 2383940 | | Kingdom Of Sweden, Centrala studiestodsnamnden (CSN), Norre Tjarngtan 2, 852 37 Sundsvall Sweden |
| 2383942 | + | LexisNexis, 112-118 West 20th Street, New York, NY 10011-3627 |
| 2383945 | + | Relx Legal Recovery, Customer Accounting, 9443 Springboro Pike, Miamisburg, OH 45342-4425 |
| 2383946 | + | Renaissance, 4100 Okemos Road, Okemos, MI 48864-3215 |
| 2383950 | | Tallahassee Orthopedic Clinic, ATTN # 21506E, PO Box 14000, Belfast, ME 04915-4033 |
| 2383951 | + | True Accord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 2383952 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 2383954 | + | Zakheim Law Group, P.A., Attorney For Plaintiff, 1133 South University Drive, Second Floor, Fort Lauderdale, FL 33324-3303 |
| 2384909 | + | eXL Legal, PLLC, as counsel for Wells Fargo Bank, N.A., c/o Alejandro Martinez-Maldonado, Esq., 12425 28th Street North, Suite 200, St. Petersburg, FL 33716-1826 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 08 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2386453 | | EDI: ATLASACQU | Apr 08 2021 03:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Attn: Avi Schild, Teaneck, NJ 07666 |
| 2383924 | + | Email/Text: ralfriedman@hotmail.com | Apr 08 2021 02:20:00 | Allison L. Friedman, P.A., Ernest Mooney, Esq., 20533 Biscayne Blvd. Ste 4-435, Miami, FL 33180-1529 |
| 2383925 | + | Email/Text: bankrupt@choicerecovery.com | Apr 08 2021 02:20:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 2383926 | | EDI: WFNNB.COM | Apr 08 2021 03:33:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, PO Box 18212, Columbus, OH 43218 |
| 2383928 | | EDI: WFNNB.COM | Apr 08 2021 03:33:00 | Comenity Bank/NWYRK & CO, P.O. Box 182789, Columbus, OH 43218-2789 |
| 2383929 | + | EDI: WFNNB.COM | Apr 08 2021 03:33:00 | Comenity Bank/Venus, Attn: Bankruptcy Dept, PO Box 182273, Columbus, OH 43218-2273 |
| 2383930 | + | EDI: WFNNB.COM | Apr 08 2021 03:33:00 | Comenity Capital/Big Lot, Attn: Bankruptcy Dept, |

| District/off: 1129-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: ntpoclm | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 2383931 | + | EDI: CRFRSTNA.COM | Apr 08 2021 03:33:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 2383932 | + | Email/Text: kthompson@crownasset.com | Apr 08 2021 02:20:00 | Crown Asset Management, LLC, 3100 Breckinridge Boulevard, Ste.725, Duluth, GA 30096-7605 |
| 2383937 | + | EDI: IIC9.COM | Apr 08 2021 03:33:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 2383938 | + | EDI: IRS.COM | Apr 08 2021 03:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 2383941 | | Email/Text: customerservice.us@klarna.com | Apr 08 2021 02:20:00 | Klarna (WebBank), 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 2383943 | | Email/Text: bknotices@mbandw.com | Apr 08 2021 02:20:00 | McCarthy, Burgess & Wolfe, The MB&W Building, 2600 Cannon Road, Bedford, OH 44146 |
| 2383944 | | EDI: PRA.COM | Apr 08 2021 03:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 2383947 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2021 02:03:20 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 2383948 | + | EDI: DRIV.COM | Apr 08 2021 03:33:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 2383949 | | EDI: DRIV.COM | Apr 08 2021 03:33:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 2384026 | + | EDI: RMSC.COM | Apr 08 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2383953 | + | EDI: WFFC.COM | Apr 08 2021 03:33:00 | Wells Fargo Home Mortage, P.O. Box 10328, Des Moines, IA 50306-0328 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Attn: Avi Schild, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021             Signature:       /s/Joseph Speetjens

| District/off: 1129-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: ntpoclm | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alejandro Guillermo Martinez-Maldonado | on behalf of Creditor WELLS FARGO BANK  N.A. bk@exllegal.com |
| India Footman | on behalf of Debtor Anneli Mariah Nystrand indiafootman@footmanlaw.com  r62620@notify.bestcase.com |
| Mary W. Colon | trustee@marycolon.com  fl33@ecfcbis.com;ecf.alert+Colon@titlexi.com |
| Mary W. Colon | on behalf of Trustee Mary W. Colon trustee@marycolon.com  fl33@ecfcbis.com;ecf.alert+Colon@titlexi.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 5

FORM ntpoclm (Rev. 02/21)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Anneli Mariah Nystrand
       dba Nystrand Law, LLC
       SSN/ITIN: xxx−xx−4014
       Tax ID: 83−2920755
      Debtor

Bankruptcy Case No.:  21−40006−KKS

Chapter:  7
Judge:  Karen K. Specie

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form 410) and appropriate supporting documentation with the clerk of the bankruptcy court on or before **July 8, 2021.** *Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate*.

FILE AN ELECTRONIC PROOF OF CLAIM: You may file an electronic version of the Proof of Claim via this Court's website at https://ecf.flnb.uscourts.gov/cgi−bin/autoFilingClaims.pl. Upon completion of the electronic filing process, you will be able to print a PDF version of your claim with a date stamp as proof of filing.

FILE A PROOF OF CLAIM BY MAIL: The proof of claim form (Official Form 410) may be obtained from the website of the United States Courts at http://www.uscourts.gov/forms/bankruptcy−forms or from any bankruptcy clerk's office and mailed to the address shown below. To receive acknowledgement of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (https://www.pacer.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: April 7, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court to all creditors and parties in interest