UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:  21-40006-KKS

In re : Anneli Mariah Nystrand,                                     Chapter 13

       Debtor.

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Order Granting Amended Motion to Avoid First National Bank Omaha's Judicial Lien on Homestead Property (Doc.22) was served on the following in the manner stated below:

1.   **Served by the Court via Notice of Electronic Filing (NEF):**  I have confirmed that the foregoing document was served by the Court via NEF on May 4, 2021 to the following person(s) at the email address(es) noted herein:

    Leigh D. Hart
    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

2.   **Served by U.S. Mail:**  The foregoing document was served by first class, postage prepaid, U.S. Mail on May 4, 2021 to:
    Flynn LaVrar, Esq.
    Zakheim & LaVrar, P.A., Second Floor
    1133 South University Drive,
    Plantation, FL 33324

3. **Served by U.S. Certified Mail:**  The foregoing document was served by first class, postage prepaid, U.S. Mail on May 4, 2021 to:

    Clark D. Lauritzen, President
    First National Bank Omaha
    1620 Dodge Street
    Omaha, NE 68197

                        /s/ India Footman
                        India Footman, Esq.
                        *Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:21-40006-KKS

In re : Anneli Mariah Nystrand,                           Chapter 7

    Debtor.

_____/

### ORDER GRANTING AMENDED MOTION TO AVOID FIRST NATIONAL BANK OMAHA'S JUDICIAL LIEN ON HOMESTEAD PROPERTY (Doc. 22)

THIS CAUSE is before the Court on Debtor's *Amended Motion to Avoid First National Bank Omaha's Judicial Lien on Homestead Property*, filed by Negative Notice (Doc. 22). With no response having been filed, the Court considers the Motion unopposed,

**IT IS ORDERED:**

1. Debtor's *Amended Motion to Avoid First National Bank Omaha's Judicial Lien on Homestead Property* (Doc. 22) is GRANTED.

2. Because the judicial lien of First National Bank of Omaha's, created by recordation of a judgment in the official records of Leon County, Florida at BK 4747, PG 665; instrument # 20140098496, impairs Debtor's exempt homestead property addressed as 2490 Laurelwood Ct, Tallahassee, FL 32308 (Leon County) and legally described as

LOT 11, BLOCK "B" ASHTON WOODS, A SUBDIVISION AS PER MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 13, PAGE 74 OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA.

the lien is hereby avoided pursuant to 11 U.S.C. § 522(f).

**3.** Unless Debtor's bankruptcy case is dismissed, the lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the property described above.

DONE AND ORDERED on  May 4, 2021_____.

KAREN K. SPECIE

U.S. Bankruptcy Judge

Attorney India Footman, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared by India Footman, Esq., Attorney for Debtor